# Court of Appeals
# of the State of Georgia

ATLANTA,  November 15, 2024

*The Court of Appeals hereby passes the following order:*

## A25A0692. JEREMY HARPER v. THE STATE.

Jeremy Harper filed this direct appeal from the trial court's order revoking his probation. However, an application for discretionary appeal is required to appeal an order revoking probation. OCGA § 5-6-35 (a) (5); see *Todd v. State*, 236 Ga. App. 757, 758 (513 SE2d 287) (1999). "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Harper did not comply with the discretionary appeals procedure,[1] this direct appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/15/2024*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*

---

[1] Although Harper styled his notice of appeal as a "Petition for Appeal of Probation Revocation," he filed it in the trial court. An application for discretionary appeal must be filed in the appellate court. See OCGA § 5-6-35 (d) & Court of Appeals Rule 31 (explaining requirements for filing a discretionary application). Accordingly, Harper's filing cannot be construed as a discretionary application.